

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00791-CR

**IN RE** John Patrick **RODRIGUEZ**

Original Proceeding[1]

### ORDER

On November 21, 2022, relator John Patrick Rodriguez filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 7, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR8896W, styled *The State of Texas v. John Patrick Rodriguez*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.